OPINION — AG — ** ADVERTISEMENT OF SECURITIES ** THE ADMINISTRATOR OF THE OKLAHOMA DEPARTMENT OF SECURITIES MAY MAKE A RULE REQUIRING A COMPANY, WHOSE SECURITIES ARE REGISTERED IN OKLAHOMA AND WHOSE NAME CONTAINS THE WORD "SAVINGS", TO USE THE DISCLAIMER "THIS IS NEITHER A BANK NOR A SAVINGS AND LOAN ASSOCIATION" IN ALL OF ITS ADVERTISING, IN VIEW OF THE FACT THE SECURITIES ARE ADVERTISED AS BEING OFFERED BY PROSPECTUS ONLY, WHICH PROSPECTUS CONTAINS THE SAME DISCLAIMER. (SECURITIES, RULES AND REGULATIONS) CITE: 6 O.S. 101 [6-101], 18 O.S. 381.1 [18-381.1] [18-381.1], 71 O.S. 1 [71-1], 6 O.S. 1401 [6-1401] [6-1401], 18 O.S. 381.23 [18-381.23], 71 O.S. 402 [71-402] [71-402], 71 O.S. 15 [71-15] (WILLIAM DON KISER)